IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RE'QUAN KENTRELL OTEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>AMC ENTERTAINMENT )<br>HOLDINGS, INC., a foreign for- )<br>profit corporation; and JADE )<br>THOMAS f/k/a JEVON THOMAS, )<br>individually, )<br>)<br>Defendants. | CIVIL ACTION FILE NO.: 1:<br>24-CV-00184-TWT |

## DEFENDANTS' MOTION TO DISMISS DEFENDANT JADE THOMAS F/K/A JEVON THOMAS FOR FRAUDULENT JOINDER

COME NOW defendants American Multi-Cinema, Inc. (improperly named as "AMC Entertainment Holdings, Inc.") ("AMC") and Jade Thomas f/k/a Jevon Thomas ("Thomas"), and move this Court to dismiss Jade Thomas from the above-styled civil action as a fraudulently joined party pursuant to Fed. R. Civ. P. 12(d)(6) and 21. In support of this motion, defendants rely on their supporting brief, filed herewith, and all other pleadings on file.

This 18th day of January, 2024.

(Signature on the following page.)

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/Lauren P. Kamensky*

_____
David M. Atkinson
Georgia Bar No. 026460
Lauren P. Kamensky
Georgia Bar No. 937929
*Attorney for Defendants*

1420 Peachtree Street, NE.
Suite 800
Atlanta, GA  30309-3231
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
david.atkinson@swiftcurrie.com
lauren.kamensky@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2024, I electronically filed the foregoing *Defendants' Motion To Dismiss Defendant Jade Thomas f/k/a Jevon Thomas For Fraudulent Joinder* with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

This 18th day of January, 2024.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Lauren P. Kamensky*

_____

David M. Atkinson
Georgia Bar No. 026460
Lauren P. Kamensky
Georgia Bar No. 937929
*Attorney for Defendants*

1420 Peachtree Street, NE.
Suite 800
Atlanta, GA  30309-3231
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
david.atkinson@swiftcurrie.com
lauren.kamensky@swiftcurrie.com