IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RE'QUAN KENTRELL OTEY,<br><br>    Plaintiff,<br><br>v.<br><br>AMC ENTERTAINMENT HOLDINGS, INC., a foreign for-profit corporation; and JADE THOMAS f/k/a JEVON THOMAS, individually,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION FILE<br>) NO.: 1:24-CV-00184-TWT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to 28 U.S.C. § 1746, I, Jade Thomas, do hereby declare as follows:

1.

My name is Jade Thomas. I am over the age of 18 and am competent to make this declaration and do so based upon my personal knowledge and the facts stated herein. This declaration is given in connection with the above-styled lawsuit, and for all other legal purposes.

2.

This lawsuit involves injuries allegedly sustained as a result of a shooting that occurred inside an auditorium at the AMC Phipps Plaza 14 on December 20, 2021.

3.

On the date of the incident, I was employed by American Multi-Cinema, Inc. ("AMC") and acting as a manager at the AMC Phipps Plaza 14.

4.

I was unaware that a patron had brought a firearm into the AMC Phipps Plaza 14 on the date of the incident.

5.

Leading up to the incident, I performed all of my job duties as normal and instructed.

6.

I did not speak to or otherwise interact with the suspected assailant prior to this incident.

7.

I did not witness the incident.

8.

While I did briefly interact with plaintiff on the date of the incident, I did not see plaintiff until after the gunshots had been fired and we were both leaving the AMC location, headed away from the suspected assailant.

9.

Prior to the date of the incident involving plaintiff, I was unaware of any other incidents involving firearms or gun violence at the AMC Phipps Plaza 14.

10.

While I received training from AMC on active shooter situations, I was not, individually, responsible for "security" and prevention of incidents involving firearms.

11.

I declare under penalty of perjury that the above is true and correct.

Executed this _____ day of January, 2024.

_____
Jade Thomas

4872-0077-4557, v. 1

- 2 -